**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

STACY C. WRIGHT                              CIVIL ACTION NO. 10-CV-00357

VERSUS                                       JUDGE ELIZABETH ERNY FOOTE

H & R BLOCK                                  MAGISTRATE JUDGE HAYES

## ORDER

Before the Court is a Motion to Dismiss [Record Document 19] filed on behalf of the Defendant, H&R Block Eastern Enterprises, Inc. ("Defendant"). On January 13, 2011, the Court granted W. Michael Street's motion for leave to withdraw as counsel of record for Plaintiff Stacy Wright ("Plaintiff"). [Record Document 14]. Upon granting Mr. Smith's motion, the Court ordered Plaintiff to "enroll new counsel, file WRITTEN notice of intent to proceed pro se, or dismiss her claims" within 30 days. Id. To date, Plaintiff has failed to comply with the Court's order and has given no indication that she intends to proceed with her claims against Defendant.

Accordingly, upon due consideration,

**IT IS ORDERED** that the Motion to Dismiss [Record Document 19] be and is hereby **GRANTED**, and that, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and the Court's inherent power to control its own docket, see Link v. Wabash RR Co., 370 U.S. 626, 82 S.Ct. 1386 (1962), Plaintiff's claims be and are hereby **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

The Clerk of Court is directed to close this case.

**THUS DONE AND SIGNED** on this 1st day of March, 2011.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE